# CRIMINAL COMPLAINT
(Submitted electronically)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sue Ann Cupis**<br>DOB: 1984; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>21-00203MJ |

Complaint for violations of: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi)
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)
Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

COUNT 1: On or about April 1, 2021, at or near Amado, in the District of Arizona, **Sue Ann Cupis** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

COUNT 2: On or about April 1, 2021, at or near Amado, in the District of Arizona, **Sue Ann Cupis** did knowingly and intentionally possess with intent to distribute less than 100 grams of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT 3: On or about April 1, 2021, at or near Amado, in the District of Arizona, **Sue Ann Cupis** did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On April 1, 2021, at approximately 3:00 p.m., an Arisen Shuttle approached the secondary inspection area of the United States Border Patrol checkpoint located on Interstate 19. During an inspection of the passengers, an agent spoke to a female later identified as Sue Ann CUPIS. The agent remembered his previous encounter with CUPIS two weeks before when she had three bundles of suspected narcotics on her body. Initially, CUPIS gave consent for a medical profession to conduct an x-ray of her person. CUPIS then revoked her consent. The agent placed CUPIS in the holding area of a law enforcement vehicle. When he returned, CUPIS told the agent she would consent to a physical examination. While CUPIS was being escorted to the inspection shed, another agent searched the holding area of the vehicle and found two bundles of suspected narcotics. Representative samples of the contents of the bundles were field tested and yielded positive results for the properties of fentanyl, heroin, and methamphetamine. The fentanyl weighed 59.83 grams. The heroin weighed 51.2 grams. The methamphetamine weighed 87.1 grams.

After waiving her *Miranda* rights, CUPIS admitted she has been involved in the transportation of hard narcotics for some time. CUPIS said she normally just transports fentanyl and will receive $.50 for each pill she transports. CUPIS also said she will sometimes transport fentanyl for personal use. CUPIS stated she will take the fentanyl to Phoenix, Arizona, or will sometimes sell them from her house.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/am<br>AUTHORIZED AUSA *Julie A. Sottosanti*   JULIE SOTTOSANTI  Digitally signed by JULIE SOTTOSANTI Date: 2021.04.02 09:30:53 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>BPA Ricardo Islava<br>Border Patrol Agent |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54